JEROME D. FLINT as Overseer of the Poor, etc., Appellant, *v.* SHEPARD ROWELL, Respondent.

(Argued June 25, 1890; decided October 7, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department made January 3, 1888, which set aside a verdict in favor of plaintiff and granted a new trial.

*W. Martin Jones* for appellant.

*M. Rumsey Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed, and judgment absolute against plaintiff on stipulation.

---

HORATIO BALLARD, Respondent, *v.* MICHAEL VEHALA, Appellant.

(Argued June 25, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*H. V. Howland* for appellant.

*F. D. Wright* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.